IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL UPTHEGROVE,

    Plaintiff,

v.

ALLEN PULVER,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-469-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Allen Pulver granting his motion for summary judgment and dismissing this case.

_____       11/18/11
Peter Oppeneer, Clerk of Court              Date